

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Facsimile: (281) 341-4545

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:41:18 PM
CHRISTOPHER A. PRINE
Clerk

June 02, 2015

To: The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **14-DCV-217696**      From the **268th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Brady G Elliott**      Court Reporter: **Mindy Hall**

| Appellant(s): **ROSIE BELL WARD; MARY E WARD** | **VS** | Appellee(s): **THOMAS & LEWIN ASSOCIATES INC; NICOSHIA HODGE** |
|---|---|---|

| *Attorney for Appellant(s)* | | *Attorney For Appellee(s) Thomas & Lewin Associates Inc.* | | *Attorney For Appellee(s) Nicoshia Hodge* |
|---|---|---|---|---|
| **Clement Aldridge, Jr** | | **Brian S Rawson** | | **Kristina Culley** |
| SBN: 00985500 | | SBN: 24041754 | | SBN: 24069558 |
| 7529 Olympia Drive Houston Tx 77063 | | Hartline Dacus Barger Dreyer Llp 8750 N Central Expressway Suite 1600 Dallas Tx 75231 | | Hartline Dacus Barger Dreyer Llp 1980 Post Oak Blvd Ste 1800 Houston Tx 77056 |
| Telephone: 713-960-8548 | | Telephone: 214-369-2100 | | Telephone: 713-759-1990 |
| Facsimile: 713-355-4115 | | Facsimile: 214-369-2118 | | Facsimile: 713-652-2419 |
| E-mail: clement.aldridge@aldridge-law.com | | E-mail: | | E-mail: kculley@hdbdlaw.com |
| Attorney for: | Rosie Bell Ward, Appellant | | | |

| Date of Judgment/Appealable Order**: March 02, 2015** | Nature of Action: **Injury or Damage Medical Malpractice** |
|---|---|
| Disposition of Case: Summary Judgment/Final | Jury Trial: **No** |
| Motion for New Trial filed on: March 17, 2015 | |
| Notice of Appeal Filed On: **June 01, 2015** | |

Signed, **on this the 2nd day of June, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:    /s/ Lisa Tucker

Filed
6/1/2015 9:13:44 AM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Lisa Tucker

No. 14-DCV-217696

| | | |
|---|---|---|
| ROSIE BELL WARD, as Next Friend of | § | IN THE DISTRICT COURT OF |
| MARY E. WARD, *non-compos* | § | |
| *Mentis* | § | |
| | § | |
| V. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| THOMAS & LEWIN ASSOCIATES, | § | |
| INC., d/b/a QUALITY CARE | § | |
| COMMUNITY SERVICES; ROSA WELLS, | § | |
| Individually and NICOSHIA HODGE, Individually | § | 268th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff and Appellant ROSIE BELL WARD, as Next Friend of MARY E. WARD, *non-compos Mentis* desires to appeal and hereby does appeal from the order granting Summary Judgment on March 2, 2015 of which notice of entry was served on March 3, 2015.

This Appeal is to the Court of Appeals.

## DESIGNATION OF REPORTER'S TRANSCRIPT

The Court Reporter is requested to transcribe the proceedings from the oral argument occurring on April 10, 2015 and on May 8, 2015 in referenced to the Motion for New Trial and Motion for Rehearing respectively before the Honorable Judge Brady G. Elliott in the case above referenced. The Court Reporter has agreed to bill Appellant for the cost of the Reporter's Transcript when completed.

## DESIGNATION OF CLERK'S TRANSCRIPT

Appellant designates Plaintiff's Response to Defendants' Motion for Summary Judgment, Exhibits in support of Plaintiff's Response to Motion for Summary Judgment, Plaintiff's Motion for New Trial after Granting of Summary Judgment, Exhibits in support of Plaintiff's Motion for New Trial, Plaintiff's Motion for Rehearing Plaintiff's Motion for New Trial after Granting of

Summary Judgment, Exhibits in support of Plaintiff's Motion for Rehearing; and Plaintiff's First

Amended Original Petition with attached Exhibits as the Clerk's Transcript.

Respectfully submitted
The ALDRIDGE LAW FIRM

/s/ Clement Aldridge, Jr.

By: _____
CLEMENT ALDRIDGE, JR.
SBN: 00985500
7529 Olympia Drive
Houston, TX 77063
713/960-8548
713/355-4115 - FAX
clement.aldridge@aldridge-law.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Texas Rules of Civil Procedure on this 1st day of June 2015


Kristina L. Culley Via Fax: (713) 652-2419 (fax)
HARTLINE DACUS BARGER DREYER LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
kculley@hdbdlaw.com

/s/ Clement Aldridge, Jr.

_____
CLEMENT ALDRIDGE, JR.